■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD M. WRIGHT III, Appellant. [813 NYS2d 690]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hudson, J.), imposed August 5, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Miller, J.P., Crane, Mastro and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT A. GAUDELLI, on Behalf of NICHOLAS MINUCCI, Petitioner, v MARTIN F. HORN et al., Respondents. [812 NYS2d 890]—Writ of habeas corpus in the nature of an application for bail reduction upon Queens County indictment Nos. 3730/02 and 2629/05 to release the defendant on his own recognizance, or, in the alternative, fixing bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Schmidt, J.P., Spolzino, Fisher and Lifson, JJ., concur.